UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: __18-6189-Seltzer__

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

__Malisha Brook__ Defendant.

COMES NOW __David Tuck__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __David Tuck__

Counsel's Signature: _____

Address (include City/State/Zip Code): __3001 SW 3rd Ave Miami, FL__

Telephone: __305-798-0522__   Florida Bar Number: __406023__

Date: __4/16/18__