UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

| | | | |
|---|---|---|---|
| DEFT: | MALISHA BROOKS (J)# | CASE NO: | 18-6189-SELTZER |
| AUSA: | (T. LINDSEY DUTY AUSA) | ATTY: | |
| USPO: | | VIOL: | 18:USC § 875 |
| PROCEEDING: | INITIAL APPEARANCE ON REMOVAL FROM CENTRAL DIST CALIFORNIA | RECOMMENDED BOND: | |
| BOND/PTD HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other:

∆ - ADVISED OF CHARGES.

ATTY DAVID TUCKER filed TEMP APPEARANCE.

Gov'T Recommends PTD.

(Factual Proffer By US April 18)

NEXT COURT APPEARANCE: DATE: TIME: JUDGE: PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING: Friday April 20, 2018 AT 10AM  DUTY BSS

PRELIM/ARRAIGN OR REMOVAL:

STATUS RE PRELIM/HRG: Friday April 20, 2018 AT 10AM  DUTY BSS

DATE: 4/16/18   TIME: 11:00 AM   FTL/TAPE/# BSS- {15 MINS}  Begin   DAR: 8

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO   DAR:

11:34:28 - 11:43:25